B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                  Case No. **8:10-bk-10035-TA**

**Shanti Industries, Inc.**                                              Chapter **11**
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                    the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                            the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Shanti Industries, Inc.**                          X **/s/**                                    **1/19/2010**
_____                 _____
Printed Name(s) of Debtor(s)                         Signature of Debtor                        Date

Case No. (if known) **8:10-bk-10035-TA**             X
_____                 _____
                                                     Signature of Joint Debtor (if any)         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

### United States Bankruptcy Court
### Central District of California

**IN RE:**                                                    Case No. **8:10-bk-10035-TA**

Shanti Industries, Inc.                                       Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 6 | $ 7,148,249.93 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,600,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 11 | | $ 192,759.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 3,128,050.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 29 | $ 7,148,249.93 | $ 4,920,809.80 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Shanti Industries, Inc.**                                    Case No. **8:10-bk-10035-TA**
_____
Debtor(s)                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Shanti Industries, Inc.**                                                                     Case No. **8:10-bk-10035-TA**
                                    Debtor(s)                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Account - Celtic Bank Inc. (Loan Account SBA)**<br>**Bank Account - Comerica Bank -2851**<br>**Undeposited Funds** | | 739.18<br>2,147.85<br>49,536.30 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent deposit** | | 36,424.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**
Debtor(s)

Case No. **8:10-bk-10035-TA**
(If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Pending claim against Laidlaw, partially secured by $750,000 bond. | | 3,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | | 482.38 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | California Equipment (see attachment) | | 521,875.00 |
| | | Kentucky Equipment (see attachment) | | 1,548,175.00 |
| | | Wisconsin Equipment (see attachment) | | 1,966,200.00 |
| 30. Inventory. | | Inventory Assets | | 22,670.22 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**                                    Case No. **8:10-bk-10035-TA**
_____
Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **7,148,249.93** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **3** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# California Plant January 2009

California Equipment in Storage at 1st Transport - 5777 West Century Blvd, Suite 1410 Los Angeles, CA 90045

## Equipment List:

| | Quantity | Appraisal Vaule | Total Value |
|---|---|---|---|
| LDPE Polybag Machine 2500 bags per hour, 40 Different sizes, W/ 2 color printer** | 4 | $100,000.00 | $400,000.00 |
| CoAir air compressors vein | 1 | $4,500.00 | $4,500.00 |
| CoAir air compressors | 4 | $4,500.00 | $18,000.00 |
| Flexo plate maker 66-86 | 1 | $2,500.00 | $2,500.00 |
| Toyota Forklift 5000 lb capacity | 1 | $31,750.00 | $31,750.00 |
| Group of hand and power tools | 1 | $1,750.00 | $1,750.00 |
| Group of Metal Shop Machines | 1 | $20,000.00 | $20,000.00 |
| Orion Stretch Wrap Machine | 1 | $3,000.00 | $3,000.00 |
| Lantech Stretch Wrap Machine | 1 | $2,500.00 | $2,500.00 |
| Assembly Robots and Oven | 3 | $12,000.00 | $36,000.00 |
| Toledo Scales | 15 | $125.00 | $1,875.00 |

## Total :                                                                    $521,875.00

**\* Re-Designed by Shanti, Machines were modified and engineered to be more efficient.**

**\*\* Poly Machines Built and Designed by Mahesh and Darmesh Patel in-house. Patent-Pending.**

## Total Equipment Value :                                        $4,036,250.00

# Kentucky Plant January 2009

## Equipment List:

| | Quantity | Appraisal Vaule | Total Value |
|---|---|---|---|
| Lewis Straight and Cut, Wire cutters Model 1C* | 7 | $7,950.00 | $55,650.00 |
| Brekle S & C Ovens, 12,000 wire per hour capacity* | 4 | $34,000.00 | $136,000.00 |
| Pallet of spare parts for Brekle Oven | 1 | $5,000.00 | $5,000.00 |
| Vancouver Coating and Drying Oven, 5000 wire per hour capacity* | 1 | $32,000.00 | $32,000.00 |
| Paco Co. Paper tube machine model scw16* | 1 | $22,500.00 | $22,500.00 |
| Latex Tube Applicator Machine* | 5 | $26,000.00 | $130,000.00 |
| Laron Strut Machine* | 6 | $32,000.00 | $192,000.00 |
| Laron Strut Tube Assembly Machine* | 8 | $17,000.00 | $136,000.00 |
| Group of Laron Strut Machine Parts | 1 | $5,000.00 | $5,000.00 |
| Vancouver Strut Machine* | 1 | $50,000.00 | $50,000.00 |
| Laidlaw, Cape Hanger machines with Fauster Printer* | 3 | $45,000.00 | $135,000.00 |
| Vancouver Cape Machine* | 1 | $21,000.00 | $21,000.00 |
| Cape paper Cut and Print Machine 4 Colors | 1 | $24,000.00 | $24,000.00 |
| Cape paper Cut and Print Machine 2 Colors | 1 | $24,000.00 | $24,000.00 |
| Kokomo and Russo Hanger Machine* | 32 | $11,000.00 | $352,000.00 |
| Group of Parts, 100 spare dies | 1 | $10,000.00 | $10,000.00 |
| Vancouver Hanger Machines* | 8 | $11,000.00 | $88,000.00 |
| CHC Hanger Machines* | 2 | $11,000.00 | $22,000.00 |
| Vancouver Latex Hanger Machine* | 1 | $12,000.00 | $12,000.00 |
| Brekle Latex Hanger Machine* | 2 | $12,000.00 | $24,000.00 |
| Kal forklift 2000 lb capacity | 1 | $2,400.00 | $2,400.00 |
| Elf Bottling Plant with Tanks and Accessories | 1 | $19,625.00 | $19,625.00 |
| Metal Shop equipment and Tools | 1 | $50,000.00 | $50,000.00 |

## Total :                                                              $1,548,175.00

**\* Re-Designed by Shanti, Machines were modified and engineered to be more efficient.**

# Wisconsin Plant January 2009

## Equipment List:

| | Quantity | Appraisal Vaule | Total Value |
|---|---|---|---|
| Lewis Straight and Cut, Wire cutters Model 1C* | 17 | $7,950.00 | $135,150.00 |
| Brekle S & C Ovens, 12,000 wire per hour capacity* | 3 | $34,000.00 | $102,000.00 |
| Porbeck Latex/Epoxy Oven* | 2 | $34,000.00 | $68,000.00 |
| Pallet of spare parts for Brekle Oven | 1 | $10,000.00 | $10,000.00 |
| Paco Co. Paper tube machine model scw16* | 10 | $22,500.00 | $225,000.00 |
| Latex Tube Applicator Machine* | 2 | $26,000.00 | $52,000.00 |
| Bridge Crane for Tubes | 1 | $5,000.00 | $5,000.00 |
| Paper Roll Turnover | 2 | $2,500.00 | $5,000.00 |
| Laron Strut Machine* | 12 | $32,000.00 | $384,000.00 |
| Laron Strut Tube Assembly Machine* | 12 | $17,000.00 | $204,000.00 |
| Group of Laron Strut Machine Parts | 1 | $5,000.00 | $5,000.00 |
| Laidlaw, Cape Hanger machines with Fauster Printer* | 2 | $45,000.00 | $90,000.00 |
| Laidlaw, 18" Cape Hanger machines with Fauster Printer* | 1 | $45,000.00 | $45,000.00 |
| Cape Parts, Rollers and Dies | 1 | $10,000.00 | $10,000.00 |
| Brekle Table Top Hanger Machine* | 17 | $11,000.00 | $187,000.00 |
| CHC Hanger Machines* | 3 | $11,000.00 | $33,000.00 |
| Group of Parts for Hanger Machine | 1 | $5,000.00 | $5,000.00 |
| Brekle Latex Hanger Machine* | 5 | $12,000.00 | $60,000.00 |
| Morgan Wire Drawer Machines | 5 | $30,000.00 | $150,000.00 |
| Wire Drawer Descalers | 5 | $15,000.00 | $75,000.00 |
| Group of Wire Drawer Parts and Dies | 1 | $10,000.00 | $10,000.00 |
| CoAir air compressors | 2 | $4,500.00 | $9,000.00 |
| Chalmer forklift 3750 lb capacity | 1 | $3,250.00 | $3,250.00 |
| Caterpillar forklift 3000 lb capacity | 1 | $3,000.00 | $3,000.00 |
| Great Dane Trailer | 2 | $900.00 | $1,800.00 |
| Group of hand and power tools | 1 | $10,000.00 | $10,000.00 |
| Group of Metal Shop Machines | 1 | $50,000.00 | $50,000.00 |
| Stretch Wrap Machine | 2 | $4,500.00 | $9,000.00 |
| Viking Corp. Blast Cabinet dust collector | 1 | $2,500.00 | $2,500.00 |
| Toledo Scale | 20 | $125.00 | $2,500.00 |
| Bailer | 3 | $5,000.00 | $15,000.00 |

## Total :                                                                $1,966,200.00

**\* Re-Designed by Shanti, Machines were modified and engineered to be more efficient.**

B6C (Official Form 6C) (12/07)

IN RE **Shanti Industries, Inc.**

Debtor(s)

Case No. **8:10-bk-10035-TA**

(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Shanti Industries, Inc.**               Case No. **8:10-bk-10035-TA**
_____
Debtor(s)                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111**<br><br>VALUE $ **4,058,920.22** | X | | | | | | **1,200,000.00** | |
| ACCOUNT NO.<br><br>**GM Funding**<br>**7755 Center Ave. Suite 1100**<br>**Huntington Beach, CA  92647**<br><br>VALUE $ **4,058,920.22** | X | | | | | | **400,000.00** | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

**0** continuation sheets attached

Subtotal<br>(Total of this page)    $ **1,600,000.00**    $

Total<br>(Use only on last page)    $ **1,600,000.00**    $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

**IN RE** Shanti Industries, Inc.                                                                    Case No. **8:10-bk-10035-TA**
_____
Debtor(s)                                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **10** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE **Shanti Industries, Inc.**
_____
Debtor(s)

Case No. **8:10-bk-10035-TA**
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Aaron Amacher** **N. 1501 Honey Creek Rd** **Monroe, WI 53566** | | | | | | | **8.00** | **8.00** | |
| ACCOUNT NO. **Amy Loeffel** **203 E. Wisconsin Ave #4** **Monticello, WI 53570** | | | | | | | **348.14** | **348.14** | |
| ACCOUNT NO. **Andy Marty** **413 6th Ave #107** **New Glaris, WI 53574** | | | | | | | **18.71** | **18.71** | |
| ACCOUNT NO. **Ashely Walters** **1310 20th St** **Brodhead, WI 53520** | | | | | | | **99.58** | **99.58** | |
| ACCOUNT NO. **Brent Stauffer** **121 E. Wisconsin Ave PO Box 302** **Monticello, WI 53570** | | | | | | | **248.42** | **248.42** | |
| ACCOUNT NO. **Bruce Yaun** **123 S. Garfield St** **Monticello, WI 53570** | | | | | | | **371.12** | **371.12** | |

Sheet no. ___1___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **1,093.97** | $ **1,093.97** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE Shanti Industries, Inc.**
_____
Debtor(s)

Case No. **8:10-bk-10035-TA**
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. _(See Instructions above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bryon Green 628 Terrace Ct Monticello, WI  53570** | | | | | | | 256.71 | 256.71 | |
| ACCOUNT NO. **Carolen Pederson 501 14th Ave #41 New Glaris, WI  53574** | | | | | | | 163.28 | 163.28 | |
| ACCOUNT NO. **Chad Green 2221 1st Street #301 Monroe, WI  53566** | | | | | | | 244.01 | 244.01 | |
| ACCOUNT NO. **Cody Carroll W. 5165 Edelweiss Rd New Glaris, WI  53574** | | | | | | | 16.63 | 16.63 | |
| ACCOUNT NO. **Curt Berget 1016 10th St Monroe, WI  53566** | | | | | | | 186.39 | 186.39 | |
| ACCOUNT NO. **Darmesh Patel 6 Via Jaquima Rancho Santa Margarita, CA  92688** | | | | | | | 10,000.00 | 10,000.00 | |

Sheet no. __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **10,867.02** | $ **10,867.02** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ | $

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**
_____
Debtor(s)

Case No. **8:10-bk-10035-TA**
_____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dave Lushinger W. 3775 Gilbertson Rd Monticello, WI 53570** | | | | | | | 346.03 | 346.03 | |
| ACCOUNT NO. **Don Morris 68 Lampkins Rd Hickory, KY 42051** | | | | | | | 4,165.08 | 4,165.08 | |
| ACCOUNT NO. **Donnie Williamson 2477 Henderson Rd Brookers, IL 62910** | | | | | | | 2,342.33 | 2,342.33 | |
| ACCOUNT NO. **Duane Hustad 1218 3rd St PO Box 1002 New Glaris, WI 53574** | | | | | | | 382.61 | 382.61 | |
| ACCOUNT NO. **Dwight Warfield 186 Belgrade Rd Metropolis, IL 62960** | | | | | | | 1,816.77 | 1,816.77 | |
| ACCOUNT NO. **Eric Anderson 1408 Willow Way Monroe, WI 53566** | | | | | | | 12.00 | 12.00 | |

Sheet no. ___3___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **9,064.82** $ **9,064.82** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**
_____
Debtor(s)

Case No. **8:10-bk-10035-TA**
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Floyd Helton**<br>**56 Bulloch LA**<br>**Metropolis, IL 62960** | | | | | | | **1,501.10** | **1,501.10** | |
| ACCOUNT NO.<br>**Gary Metz**<br>**518 5th Ave Upper Apt**<br>**New Glaris, WI 53574** | | | | | | | **19.11** | **19.11** | |
| ACCOUNT NO.<br>**Gene Aebly**<br>**PO Box 673**<br>**Monticello, WI 53570** | | | | | | | **312.85** | **312.85** | |
| ACCOUNT NO.<br>**Heath Siegenthaler**<br>**115 S. Madison St**<br>**Monticello, WI 53570** | | | | | | | **8.58** | **8.58** | |
| ACCOUNT NO.<br>**Hector Gomez**<br>**235 Blaser Dr**<br>**Belleville, WI 53508** | | | | | | | **100.01** | **100.01** | |
| ACCOUNT NO.<br>**Jason Wahl**<br>**N. 6690 Studer Lane**<br>**Monticello, WI 53570** | | | | | | | **108.35** | **108.35** | |

Sheet no. **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **2,050.00** $ **2,050.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**                                          Case No. **8:10-bk-10035-TA**
_____
                    Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Jay Dailey** <br> **401 E. Coates Ave Lot 11** <br> **Monticello, WI 53570** | | | | | | | **217.03** | **217.03** | |
| ACCOUNT NO. <br> **Jeff Blum** <br> **615 16th Ave** <br> **Monroe, WI 53566** | | | | | | | **197.65** | **197.65** | |
| ACCOUNT NO. <br> **Jeff Bosen** <br> **42374 Camino Merano** <br> **Temecula, CA 92592** | | | | | | | **10,000.00** | **10,000.00** | |
| ACCOUNT NO. <br> **Jeff Yaun** <br> **501 E. Lake Ave. PO Box 644** <br> **Monticello, WI 53570** | | | | | | | **603.95** | **603.95** | |
| ACCOUNT NO. <br> **John Rindy** <br> **100 School St** <br> **Blanchardville, WI 53516** | | | | | | | **114.70** | **114.70** | |
| ACCOUNT NO. <br> **Kyle Flesher** <br> **125 E. Lake Ave** <br> **Monticello, WI 53570** | | | | | | | **16.62** | **16.62** | |

Sheet no. ___5___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **11,149.95**  $ **11,149.95**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**                                     Case No. **8:10-bk-10035-TA**
_____
                    Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lucas Mayberry** <br> **507 E. Loates** <br> **Monticello, WI  53570** | | | | | | | **7.90** | **7.90** | |
| ACCOUNT NO. <br> **Mahesh Patel** <br> **6 Via Jaquima** <br> **Rancho Santa Margarita, CA  92688** | | | | | | | **10,000.00** | **10,000.00** | |
| ACCOUNT NO. <br> **Mark Reasa** <br> **232 E. Wisconsin Ave** <br> **Monticello, WI  53570** | | | | | | | **373.24** | **373.24** | |
| ACCOUNT NO. <br> **Mark Rislet** <br> **W. 3874 Krueger Rd** <br> **Monticello, WI  53570** | | | | | | | **331.29** | **331.29** | |
| ACCOUNT NO. <br> **Matt Lang** <br> **508 1st Center Ave** <br> **Brodhead, WI  53520** | | | | | | | **15.80** | **15.80** | |
| ACCOUNT NO. <br> **Randy Lincicum** <br> **W. 2913 Main St Apt 4** <br> **Tuda, WI  53550** | | | | | | | **15.79** | **15.79** | |

Sheet no.    **6** of    **10**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $  **10,744.02** | $  **10,744.02** | $ |
| Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE Shanti Industries, Inc.**                                                                              Case No. **8:10-bk-10035-TA**
_____                                          _____
                        Debtor(s)                                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)
_____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Richard Heimann**<br>**516 S. Monroe St**<br>**Monticello, WI  53570** | | | | | | | **396.73** | **396.73** | |
| ACCOUNT NO.<br>**Robert Haberman**<br>**66 W 21st Lot 35**<br>**Monroe, WI  53566** | | | | | | | **393.32** | **393.32** | |
| ACCOUNT NO.<br>**Robert Wyre**<br>**7616 N. US 45**<br>**Belknap, IL  62908** | | | | | | | **2,260.94** | **2,260.94** | |
| ACCOUNT NO.<br>**Roger Gempeler**<br>**419 South Main St**<br>**Monticello, WI  53570** | | | | | | | **240.46** | **240.46** | |
| ACCOUNT NO.<br>**Ron Kubly**<br>**N. 1139 Woodman Rd**<br>**Monroe, WI  53566** | | | | | | | **261.36** | **261.36** | |
| ACCOUNT NO.<br>**Ron Morris**<br>**184 Lampkins Rd**<br>**Hickory, KY  42051** | | | | | | | **5,979.93** | **5,979.93** | |

Sheet no. ___**7**___ of ___**10**___ continuation sheets attached to                                    Subtotal       $ **9,532.74** $ **9,532.74** $
Schedule of Creditors Holding Unsecured Priority Claims                 (Totals of this page)

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)              $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE Shanti Industries, Inc.**
Debtor(s)

Case No. **8:10-bk-10035-TA**
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roshan Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA 92688** | | | | | | | 10,000.00 | 10,000.00 | |
| ACCOUNT NO.<br>**Roy Buttrum**<br>**3888 Jonesboro**<br>**Metropolis, IL 62960** | | | | | | | 1,798.20 | 1,798.20 | |
| ACCOUNT NO.<br>**Ryan Weisenberg**<br>**337 Garfield St Apt 205**<br>**Monticello, WI 53570** | | | | | | | 82.62 | 82.62 | |
| ACCOUNT NO.<br>**Shari Guth**<br>**2015 8th St**<br>**Monroe, WI 53566** | | | | | | | 564.13 | 564.13 | |
| ACCOUNT NO.<br>**Shawn Johnson**<br>**232 S. Pierce St Apt 1**<br>**Monticello, WI 53570** | | | | | | | 15.79 | 15.79 | |
| ACCOUNT NO.<br>**Surajben Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA 92688** | | | | | | | 10,000.00 | 10,000.00 | |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **22,460.74** $ **22,460.74** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

B6E (Official Form 6E) (12/07) Cont.

IN RE **Shanti Industries, Inc.**
_____
Debtor(s)           (If known)

Case No. **8:10-bk-10035-TA**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tim Light** <br> **210 E. 8th St** <br> **Metropolis, IL  62960** | | | | | | | **1,757.14** | **1,757.14** | |
| ACCOUNT NO. <br> **Todd Brugger** <br> **N. 6183 Cty F** <br> **Monticello, WI  53570** | | | | | | | **140.27** | **140.27** | |
| ACCOUNT NO. <br> **Tom Marty** <br> **513 6th St.  PO Box 775** <br> **New Glaris, WI  53574** | | | | | | | **2,166.01** | **2,166.01** | |
| ACCOUNT NO. <br> **Tom Nelson** <br> **W. 6062 Hefty Rd** <br> **Monticello, WI  53570** | | | | | | | **630.10** | **630.10** | |
| ACCOUNT NO. <br> **Travis Edler** <br> **7936 Cnty M Rd Lot 7** <br> **Browntown, WI  53522** | | | | | | | **103.02** | **103.02** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **4,796.54** $ **4,796.54** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

**IN RE** Shanti Industries, Inc.             Case No. **8:10-bk-10035-TA**

           Debtor(s)                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **California EDD** <br> **PO Box 826286** <br> **Sacramento, CA  94230-6286** | | | | | | | **75,000.00** | **75,000.00** | |
| ACCOUNT NO. <br> **Kentucky Division Of Employment** <br> **PO Box 948** <br> **Frankfort, KY  40602** | | | | | | | **21,000.00** | **21,000.00** | |
| ACCOUNT NO. <br> **Wisconsin Dept. Of Revenue** <br> **PO Box 1186** <br> **Beloit, WI  53512-1186** | | | | | | | **15,000.00** | **15,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **10** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **111,000.00**   $ **111,000.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **192,759.80**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **192,759.80**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Shanti Industries, Inc.                                      Case No. **8:10-bk-10035-TA**
                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1st Transport<br>Roberts & Kehagiaras LLP<br>5777 West Century Blvd, Suite 1410<br>Los Angeles, CA 90045** | | | | | | | 50,000.00 |
| ACCOUNT NO.<br>**Alliant Energy<br>PO Box 3068<br>Cedar Rapids, IA 52406-3068** | | | | | | | 7,000.00 |
| ACCOUNT NO.<br>**AMRIG LLC<br>PO Box 5002<br>San Pedro, CA 90733** | | | | | | | 600,000.00 |
| ACCOUNT NO.<br>**Badger State Propane<br>811 22nd St<br>Monroe, WI 53566** | | | | | | | 450.00 |

_____ **6** continuation sheets attached

Subtotal
(Total of this page) $ **657,450.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**
_____
Debtor(s)

Case No. **8:10-bk-10035-TA**
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Badger Toyota Lift** **16805 W. Victor Rd PO Box 510041** **New Berlin, WI  53151-0041** | | | | | | | **1,600.00** |
| ACCOUNT NO. | | | | | | | |
| **Bowen Oil Co., Inc.** **120 10 1/2 St** **Monroe, WI  53566** | | | | | | | **1,000.00** |
| ACCOUNT NO. | | | | | | | |
| **CitiBank, N.A.** **PO Box 9241** **Uniondale, NY  11555-9241** | | | | | | | **100,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Colson Services Corp** **101 Barclay St 8th Floor** **New York, NY  10286** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Condat Corporation** **250 South Industrial Dr** **Saline, MI  48176** | | | | | | | **2,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Darmesh Patel** **6 Via Jaquima** **Rancho Santa Margarita, CA  92688** | | | | | | | **350,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Delta Coating** **1529 North 31st Ave** **Melrose Park, IL  60160** | | | | | | | **12,000.00** |

Sheet no. _____**1**__ of _____**6**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **466,600.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE Shanti Industries, Inc.**

Debtor(s)

Case No. **8:10-bk-10035-TA**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Entec Polymers**<br>**18121 Cochran Road**<br>**Hempstead, TX 77445** | | | | | | | **34,000.00** |
| ACCOUNT NO.<br>**Express Personnel Services**<br>**243531 Trabuco Rd Ste 2**<br>**Lake Forest, CA 92630** | | | | | | | **2,000.00** |
| ACCOUNT NO.<br>**G & D Scarborough**<br>**McNeil, Tropp, Braun & Kennedy, LLP**<br>**611 Anton Blvd, Suite 1050**<br>**Costa Mesa, CA 92626** | | | | | | | **20,000.00** |
| ACCOUNT NO.<br>**Gordon Moving Services**<br>**25871 Atlantic Ocean Dr**<br>**Lake Forest, CA 92630** | | | | | | | **4,000.00** |
| ACCOUNT NO.<br>**Granite State Insurance**<br>**15500 B. Rockfield Blvd**<br>**Irvine, CA 92618** | | | | | | | **6,000.00** |
| ACCOUNT NO.<br>**Gus Rivas**<br>**4044 Penny Royal Dr**<br>**Keller, TX 76248** | | | | | | | **12,000.00** |
| ACCOUNT NO.<br>**HB Fuller**<br>**1200 Willow Lake Blvd**<br>**Vadnais Heights, MN 55110-5101** | | | | | | | **5,000.00** |

Sheet no. ____**2**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **83,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**
_____
Debtor(s)

Case No. **8:10-bk-10035-TA**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Ingersoll Rand**<br>**800-E Beaty St.**<br>**Davidson, NC  28036** | | | | | | | 100,000.00 |
| ACCOUNT NO. <br><br>**ITT Flojet**<br>**Palmieri, Tyler, Wiener, Wilhelm LLP**<br>**2603 Main Street, Suite 1300**<br>**Irvine, CA  92614** | | | | | | | 50,000.00 |
| ACCOUNT NO. <br><br>**Jeff Bosen**<br>**42374 Camino Merano**<br>**Temecula, CA  92592** | | | | | | | 500,000.00 |
| ACCOUNT NO. <br><br>**John & Stacy Ferrari**<br>**Horizon Law Group LLP**<br>**1920 Main Street Suite 210**<br>**Irvine, CA  92614** | | | | | | | 180,000.00 |
| ACCOUNT NO. <br><br>**Lubrizol**<br>**9911 Brecksville Rd**<br>**Cleveland, OH  44141** | | | | | | | 3,000.00 |
| ACCOUNT NO. <br><br>**Mahesh Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA  92688** | | | | | | | 500,000.00 |
| ACCOUNT NO. <br><br>**Mark Chemicals, LLC**<br>**PO Box 448**<br>**Monticello, WI  53570** | | | | | | | 1,200.00 |

Sheet no. _____**3**___ of _____**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,334,200.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**                                          Case No. **8:10-bk-10035-TA**
_____                    _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Oak Papers**<br>**Sherman & Nathanson APC**<br>**9454 Wilshire Blvd Suite 900**<br>**Beverly Hills, CA  90212-2911** | | | | | | | **7,000.00** |
| ACCOUNT NO.<br>**Ohio Casualty**<br>**6281 Tri-Ridge Blvd**<br>**Loveland, OH  45140** | | | | | | | **1,000.00** |
| ACCOUNT NO.<br>**Paco Winder Mfg.**<br>**2040 Bennett Rd**<br>**Philadelphia, PA  19116-3083** | | | | | | | **3,000.00** |
| ACCOUNT NO.<br>**Pak West**<br>**317 S. Brand Blvd**<br>**Glendale, CA  91204** | | | | | | | **20,000.00** |
| ACCOUNT NO.<br>**Paramount Die**<br>**1206 Belmar Dr**<br>**Belcamp, MD  21017** | | | | | | | **3,000.00** |
| ACCOUNT NO.<br>**Ridgeline Ranch**<br>**1920 Main Street Suite 210**<br>**Irvine, CA  92614** | | | | | | | **450,000.00** |
| ACCOUNT NO.<br>**Schneider National**<br>**PO Box 2545**<br>**Green Bay, WI  54306-2545** | | | | | | | **1,200.00** |

Sheet no. ____**4**__ of ____**6**__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)   $  **485,200.00**

                                                                        Total
                    (Use only on last page of the completed Schedule F. Report also on
                    the Summary of Schedules, and if applicable, on the Statistical
                    Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**
                                                          Case No. **8:10-bk-10035-TA**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Swinford Trucking** **845 Bleich Rd** **Paducah, KY 42003** | | | | | | | **4,500.00** |
| ACCOUNT NO. | | | | | | | |
| **TDS Telecom** **PO Box 608** **Lancaster, WI 53813-0608** | | | | | | | **1,100.00** |
| ACCOUNT NO. | | | | | | | |
| **Tree Island** **Law Offices Charles B. Carey** **25910 Acero St. Suite 360** **Mission Viejo, CA 92691** | | | | | | | **40,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Tri-Insure** **208 N. Main St PO Box 7** **Monticello, WI 53570** | | | | | | | **3,000.00** |
| ACCOUNT NO. | | | | | | | |
| **US Bank** **PO Box 1800** **Saint Paul, MN 55101-0800** | | | | | | | **7,000.00** |
| ACCOUNT NO. | X | | | | | | |
| **VIG LLC** **375 N. Stephanie St Ste 1411** **Henderson, NV 89014-8909** | | | | | | | **15,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Village Of Monticello** **140 N. Main St PO Box 147** **Monticello, WI 53570-0147** | | | | | | | **6,000.00** |

Sheet no. _____**5**___ of _____**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **76,600.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Shanti Industries, Inc.**

Debtor(s)

Case No. **8:10-bk-10035-TA**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**We Energy**<br>**PO Box 2046**<br>**Milwaukee, WI 53201-2046** | | | | | | | 5,000.00 |
| ACCOUNT NO. <br><br>**Workers Compensation Uninsured Employers**<br>**PO Box 7948**<br>**Madison, WI 53707** | | | | | | | 20,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**6**_____ of _____**6**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **25,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **3,128,050.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Shanti Industries, Inc.**

Debtor(s)

Case No. **8:10-bk-10035-TA**

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Laidlaw Company, LLC**<br>**8767 East Via De Ventura, Suite 300**<br>**Scottsdale, AZ  85258** | **First Amendment to Manufacturing, Supply and Distribution Agreement. Executed  October 30, 2008.** |
| **Laidlaw Company, LLC**<br>**8767 East Via De Ventura, Suite 300**<br>**Scottsdale, AZ  85258** | **Manufacturing, Supply and Distribution Agreement. Five (5) year agreement executed, beginning, and effective on March 28, 2008.** |
| **Ingersoll Rand**<br>**800-E Beaty St.**<br>**Davidson, NC  28036** | **One (1) year Lease/Purchase Agreement of property located at 1209 Compressor Drive, Mayfield, Kentucky. Commencing December 1, 2008 and ending on December 31, 2009. Executed December 2, 2008. Tenant has an option to extend lease for one (1) additional year.** |
| **Laidlaw Company, LLC**<br>**8767 East Via De Ventura, Suite 300**<br>**Scottsdale, AZ  85258** | **Second Amendment to Manufacturing, Supply and Distribution Agreement. Executed December 31, 2008.** |
| **Amrig LLC**<br>**PO Box 5002**<br>**San Pedro, CA  90733** | **Three (3) year Real Property Lease of property located at 520 North Pratt Road, Monticello, Wisconsin 53570. Beginning June 1, 2007 and ending on June 1, 2010.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Shanti Industries, Inc.**                                                      Case No. **8:10-bk-10035-TA**
_____                                              _____
                    Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chad Christian**<br>**PO Box 5002**<br>**San Pedro, CA  90733** | **Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111** |
| **Darmesh Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA  92688** | **Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111**<br><br>**GM Funding**<br>**7755 Center Ave. Suite 1100**<br>**Huntington Beach, CA  92647**<br><br>**VIG LLC**<br>**375 N. Stephanie St Ste 1411**<br>**Henderson, NV  89014-8909** |
| **Jeff Bosen**<br>**42374 Camino Merano**<br>**Temecula, CA  92592** | **Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111** |
| **Mahesh Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA  92688** | **Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111**<br><br>**GM Funding**<br>**7755 Center Ave. Suite 1100**<br>**Huntington Beach, CA  92647**<br><br>**VIG LLC**<br>**375 N. Stephanie St Ste 1411**<br>**Henderson, NV  89014-8909** |
| **Roshan Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA  92688** | **Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111** |
| **Surajben Patel**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA  92688** | **Celtic Bank**<br>**340 East 400 South**<br>**Salt Lake City, UT  84111** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE **Shanti Industries, Inc.**                                                                 Case No. **8:10-bk-10035-TA**
_____                                        _____
Debtor(s)                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                                    Debtor

Date: _____     Signature: _____
                                                                                                            (Joint Debtor, if any)
                                                                               [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Shanti Industries, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**30** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 19, 2010** _____     Signature: **/s/ Darmesh Patel** _____

                                                                          **Darmesh Patel** _____
                                                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                    Case No. **8:10-bk-10035-TA**

Shanti Industries, Inc.                                                   Chapter **11**
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,203,640.62 | 2008 Total income |
| 955,729.41 | 2009 Total income for January through July |
| 0.00 | 2010 YTD total income |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ridgeline Ranch Investors, LLC et al v. Shanti Industires, Inc.** | | | |
| **Bullet Freight Systems v. Shanti Industries, Inc.** | | **Superior Court of California Central District** | **Dismissed** |
| **Tree Island Wire (USA), Inc. v. Shanti Industries, Inc.** | | | **Settled** |
| **ITT Flojet v. Shanti Industries, Inc.** | | | |
| **Entech v. Shanti Industries, Inc.** | | | |
| **Packaging Corporation of America v. Shanti Industries, Inc.** | | **Superior Court of California, County of Orange** | **Settled** |
| **Granite State Insurance Co. v. Shanti Industries, Inc.** | | **Superior Court of California, County of Orange** | **Pending** |
| **Oak Distribution Company v. Shanti Industries, Inc.** | | **Superior Court of California, County of Orange** | **Pending** |
| **Shanti Industries, Inc. v. Laidlaw Company, LLC** | **Breach of Contract** | **Arbitration in Arizona** | **Pending arbitration** |
| **American Manufactured Real Estate Investment Group, LLC v. Shanti Industries, Inc.** | | **Green County, Circuit Court, Sate of Wisconsin** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hallstrom Klein & Ward**<br>**15615 Alton Pkwy, Suite 175**<br>**Irvine, CA 92618** | **January 2010** | **15,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CitiBank, N.A.**<br>**PO Box 9241**<br>**Uniondale, NY 11555-9241** | **202402467** | **June 2009** |
| **Comerica Bank** | **-0355** | **June 2009** |
| **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | | **June 2009** |
| **Wells Fargo Bank, N. A.** | | **June 2009** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

---

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

**Scott Davies, EA
Clanton, Helfman & Radus CPAs, LLP
23101 Lake Center Dr #330
Lake Forest, CA  92630**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

**Scott Davies, EA
Clanton, Helfman & Radus CPAs, LLP
23101 Lake Center Dr #330
Lake Forest, CA  92630**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                    DATE ISSUED

**Celtic Bank
340 East 400 South
Salt Lake City, UT  84111**

**GM Funding
7755 Center Ave. Suite 1100
Huntington Beach, CA  92647**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Patel Family Trust**<br>**6 Via Jaquima**<br>**Rancho Santa Margarita, CA  92688** | | **88%** |
| **Jeff Bosen**<br>**42374 Camino Merano**<br>**Temecula, CA  92592** | **Director/Shareholder** | **3%** |
| **Kurt Smith** | | **2%** |
| **Ruben Medina** | | **2%** |
| **Bladev Bhanabhai** | | **2%** |
| **Chad Christian**<br>**PO Box 5002**<br>**San Pedro, CA  90733** | | **2%** |
| **Joe Cerniak** | | **1%** |
| **Darmesh Patel** | **President/Director/Sharehol** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

6 Via Jaquima
Rancho Santa Margarita, CA  92688

Mahesh Patel                                    Director/Shareholder
6 Via Jaquima
Rancho Santa Margarita, CA  92688

**22. Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 19, 2010**                    Signature: ***/s/ Darmesh Patel***

**Darmesh Patel, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Central District of California

IN RE:                                                                 Case No. <u>**8:10-bk-10035-TA**</u>

<u>**Shanti Industries, Inc.**</u>                                                Chapter <u>**11**</u>
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ $ <u>**425.00/hr**</u>

Prior to the filing of this statement I have received ............................................................... $ <u>**15,000.00**</u>

Balance Due ........................................................................................................ $ _____

2.   The source of the compensation paid to me was:   ☑ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:   ☑ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e.   [Other provisions as needed]

**Representation of the Debtor as a Debtor-in-Possession in Chapter 11 case.**

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>**January 19, 2010**</u>                          <u>**/s/ J. Scott Williams**</u>
Date

**J. Scott Williams 110173
The Williams Firm PLC
15615 Alton Pkwy, Suite 175
Irvine, CA  92618
(949) 660-8680  Fax: (866) 284-8670
jwilliams@williamsbkfirm.com**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                         Case No. **8:10-bk-10035-TA**

**Shanti Industries, Inc.**                                 Chapter **11**
                    Debtor(s)

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned case.

2. On (*specify date*) __12/01/2009__, I agreed with the Debtor that for a fee of $ _____425.00/hr__, I would provide only the following services:

   a. ☑ Prepare and file the Petition and Schedules

   b. ☑ Represent the Debtor at the 341(a) Hearing

   c. ☑ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☑ Other (specify):
      **Represent the Debtor as a Debtor-in-Possession in Chapter 11 case.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth below.

Dated: **January 19, 2010**_____      Law Firm: **The Williams Firm PLC**
                                                **15615 Alton Pkwy, Suite 175**
                                              **Irvine, CA  92618**

I HEREBY APPROVE THE ABOVE:

                                          By: **/s/ J. Scott Williams**

**/s/ Darmesh Patel**_____                     Name: **J. Scott Williams**
Signature of Debtor(s)                         Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. **8:10-bk-10035-TA**

**Shanti Industries, Inc.**                               Chapter **11**
Debtor(s)

**VERIFICATION OF CREDITOR MAILING LIST**

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached
Master Mailing List of creditors, consisting of _____**13**____ sheet(s) is complete, correct and consistent with the debtor's schedules
pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: **January 19, 2010**              Signature: _/s/ Darmesh Patel_
                                         **Darmesh Patel, President**                          Debtor


Date: _____           Signature: _____
                                                                                    Joint Debtor, if any


Date: **January 19, 2010**              Signature: _/s/ J. Scott Williams_
                                         **J. Scott Williams 110173**                    Attorney (if applicable)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Shanti Industries Inc
6 Via Jaquima
Rancho Santa Marg., CA  92688


The Williams Firm PLC
15615 Alton Pkwy Suite 175
Irvine, CA  92618

1st Transport
Roberts & Kehagiaras LLP
5777 West Century Blvd Suite 1410
Los Angeles, CA  90045


Aaron Amacher
N 1501 Honey Creek Rd
Monroe, WI  53566


Alliant Energy
PO Box 3068
Cedar Rapids, IA  52406-3068


AMRIG LLC
PO Box 5002
San Pedro, CA  90733


Amrig LLC
PO Box 5002
San Pedro, CA  90733


Amy Loeffel
203 E Wisconsin Ave #4
Monticello, WI  53570


Andy Marty
413 6th Ave #107
New Glaris, WI  53574


Ashely Walters
1310 20th St
Brodhead, WI  53520


Badger State Propane
811 22nd St
Monroe, WI  53566

Badger Toyota Lift
16805 W Victor Rd PO Box 510041
New Berlin, WI   53151-0041


Bowen Oil Co Inc
120 10 1/2 St
Monroe, WI   53566


Brent Stauffer
121 E Wisconsin Ave PO Box 302
Monticello, WI   53570


Bruce Yaun
123 S Garfield St
Monticello, WI   53570


Bryon Green
628 Terrace Ct
Monticello, WI   53570


Business Bank Loan OPS
100 Citiback Dr Bldg 1 Fl 1
San Antonio, TX   78245


California EDD
PO Box 826286
Sacramento, CA   94230-6286


Carolen Pederson
501 14th Ave #41
New Glaris, WI   53574


Celtic Bank
340 East 400 South
Salt Lake City, UT   84111

Chad Green
2221 1st Street #301
Monroe, WI  53566


CitiBank NA
PO Box 9241
Uniondale, NY  11555-9241


Cody Carroll
W 5165 Edelweiss Rd
New Glaris, WI  53574


Colson Services Corp
101 Barclay St 8th Floor
New York, NY  10286


Condat Corporation
250 South Industrial Dr
Saline, MI  48176


Curt Berget
1016 10th St
Monroe, WI  53566


Darmesh Patel
6 Via Jaquima
Rancho Santa Margarita, CA  92688


Dave Lushinger
W 3775 Gilbertson Rd
Monticello, WI  53570


Delta Coating
1529 North 31st Ave
Melrose Park, IL  60160

Don Morris
68 Lampkins Rd
Hickory, KY  42051


Donnie Williamson
2477 Henderson Rd
Brookers, IL  62910


Duane Hustad
1218 3rd St PO Box 1002
New Glaris, WI  53574


Dwight Warfield
186 Belgrade Rd
Metropolis, IL  62960


Entec Polymers
18121 Cochran Road
Hempstead, TX  77445


Eric Anderson
1408 Willow Way
Monroe, WI  53566


Express Personnel Services
243531 Trabuco Rd Ste 2
Lake Forest, CA  92630


Floyd Helton
56 Bulloch LA
Metropolis, IL  62960


G & D Scarborough
McNeil Tropp Braun & Kennedy LLP
611 Anton Blvd Suite 1050
Costa Mesa, CA  92626

Gary Metz
518 5th Ave Upper Apt
New Glaris, WI  53574


Gene Aebly
PO Box 673
Monticello, WI  53570


GM Funding
7755 Center Ave Suite 1100
Huntington Beach, CA  92647


Gordon Moving Services
25871 Atlantic Ocean Dr
Lake Forest, CA  92630


Granite State Insurance
15500 B Rockfield Blvd
Irvine, CA  92618


Gus Rivas
4044 Penny Royal Dr
Keller, TX  76248


HB Fuller
1200 Willow Lake Blvd
Vadnais Heights, MN  55110-5101


Heath Siegenthaler
115 S Madison St
Monticello, WI  53570


Hector Gomez
235 Blaser Dr
Belleville, WI  53508

Ingersoll Rand
800-E Beaty St
Davidson, NC  28036


ITT Flojet
Palmieri Tyler Wiener Wilhelm LL
2603 Main Street Suite 1300
Irvine, CA  92614


Jason Wahl
N 6690 Studer Lane
Monticello, WI  53570


Jay Dailey
401 E Coates Ave Lot 11
Monticello, WI  53570


Jeff Blum
615 16th Ave
Monroe, WI  53566


Jeff Bosen
42374 Camino Merano
Temecula, CA  92592


Jeff Yaun
501 E Lake Ave PO Box 644
Monticello, WI  53570


John & Stacy Ferrari
Horizon Law Group LLP
1920 Main Street Suite 210
Irvine, CA  92614

John Rindy
100 School St
Blanchardville, WI   53516


Kentucky Division Of Employment
PO Box 948
Frankfort, KY   40602


Kittelsen Barry Wellington Thomp
916 17th Ave
Monroe, WI   53566


Kyle Flesher
125 E Lake Ave
Monticello, WI   53570


Laidlaw Company LLC
8767 East Via De Ventura Suite 300
Scottsdale, AZ   85258


Lubrizol
9911 Brecksville Rd
Cleveland, OH   44141


Lucas Mayberry
507 E Loates
Monticello, WI   53570


Mahesh Patel
6 Via Jaquima
Rancho Santa Margarita, CA   92688


Mark Chemicals LLC
PO Box 448
Monticello, WI   53570

Mark Reasa
232 E Wisconsin Ave
Monticello, WI   53570

Mark Rislet
W 3874 Krueger Rd
Monticello, WI   53570

Matt Lang
508 1st Center Ave
Brodhead, WI   53520

Oak Papers
Sherman & Nathanson APC
9454 Wilshire Blvd Suite 900
Beverly Hills, CA   90212-2911

Ohio Casualty
6281 Tri-Ridge Blvd
Loveland, OH   45140

Paco Winder Mfg
2040 Bennett Rd
Philadelphia, PA   19116-3083

Pak West
317 S Brand Blvd
Glendale, CA   91204

Paramount Die
1206 Belmar Dr
Belcamp, MD   21017

Randy Lincicum
W 2913 Main St Apt 4
Tuda, WI   53550

Richard Heimann
516 S Monroe St
Monticello, WI  53570


Ridgeline Ranch
1920 Main Street Suite 210
Irvine, CA  92614


Robert Haberman
66 W 21st Lot 35
Monroe, WI  53566


Robert Wyre
7616 N US 45
Belknap, IL  62908


Roger Gempeler
419 South Main St
Monticello, WI  53570


Ron Kubly
N 1139 Woodman Rd
Monroe, WI  53566


Ron Morris
184 Lampkins Rd
Hickory, KY  42051


Roshan Patel
6 Via Jaquima
Rancho Santa Margarita, CA  92688


Roy Buttrum
3888 Jonesboro
Metropolis, IL  62960

Ryan Weisenberg
337 Garfield St Apt 205
Monticello, WI  53570


SBA 7(A) Customer Service
Colson Services Corp
2 Hanson Place 7th Floor
Brooklyn, NY  11217


Schneider National
PO Box 2545
Green Bay, WI  54306-2545


Shari Guth
2015 8th St
Monroe, WI  53566


Shawn Johnson
232 S Pierce St Apt 1
Monticello, WI  53570


Surajben Patel
6 Via Jaquima
Rancho Santa Margarita, CA  92688


Swinford Trucking
845 Bleich Rd
Paducah, KY  42003


TDS Telecom
PO Box 608
Lancaster, WI  53813-0608


Tim Light
210 E 8th St
Metropolis, IL  62960

Todd Brugger
N 6183 Cty F
Monticello, WI   53570


Tom Marty
513 6th St  PO Box 775
New Glaris, WI   53574


Tom Nelson
W 6062 Hefty Rd
Monticello, WI   53570


Travis Edler
7936 Cnty M Rd Lot 7
Browntown, WI  53522


Tree Island
Law Offices Charles B Carey
25910 Acero St Suite 360
Mission Viejo, CA   92691


Tri-Insure
208 N Main St PO Box 7
Monticello, WI   53570


US Bank
PO Box 1800
Saint Paul, MN   55101-0800


VIG LLC
375 N Stephanie St Ste 1411
Henderson, NV   89014-8909


Village Of Monticello
140 N Main St PO Box 147
Monticello, WI   53570-0147

We Energy
PO Box 2046
Milwaukee, WI  53201-2046


Wisconsin Dept Of Revenue
PO Box 1186
Beloit, WI  53512-1186


Workers Compensation Uninsured Empl
PO Box 7948
Madison, WI  53707

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
     **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Irvine, California.                      /s/ Darmesh Patel
Dated: January 19, 2010                              *Debtor*

                                                      *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                        **F 1015-2.1**