# United States Bankruptcy Court
## Central District of California

IN RE:                                                              Case No. **8:10-bk-10035-TA**

**Shanti Industries, Inc.**                                         Chapter **11**
_____
Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?  Yes **✓**  No ____

Indicate below which schedule(s) is(are) being amended.

    A ____  B ____  C ____  D ____  E **✓**  F ____  G ____  H ____  I ____  J ____

        Statement of Affairs ____   Statement of Intentions ____   Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: **May 27, 2010**

Signature: **/s/ Darmesh Patel, President**
            **Shanti Industries, Inc.**                    *Debtor*

Signature: _____
                            *(Joint Debtor, if any)*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: May 28 2010

Scott Moody
*Print or Type Name*

/s/ Scott Moody
*Signature*

Aaron S. Armacher
N. 1501 Honey Creek Rd
Monroe, WI 53566

Amy Loeffel
203 E. Wisconsin Ave #4
Monticello, WI 53570

Ashley M. Walters
1310 20th St
Brodhead, WI 53520

Bryon W. Green
628 Terrace Ct
Monticello, WI 53570

Carolyn M. Pederson
501 14th Ave #41
New Glaris, WI 53574

Curtis D. Berget
1016 10th St
Monroe, WI 53566

David A. Lushinger
W. 3775 Gilbertson Rd
Monticello, WI 53570

Donald Morris
68 Lampkins Rd
Hickory, KY 42051

Donnie L. Williamson
2477 Henderson Rd
Brookers, IL 62910

Duane A. Hustad
1218 3rd St PO Box 1002
New Glaris, WI 53574

Dwight Warfield
186 Belgrade Rd
Metropolis, IL 62960

Eric Anderson
1408 Willow Way
Monroe, WI 53566

Floyd Helton
56 Bulloch LA
Metropolis, IL 62960

Gary T. Metz
518 5th Ave Upper Apt
New Glaris, WI 53574

Heath Siegenthaler
115 S. Madison St
Monticello, WI 53570

Hector Gomez
235 Blaser Dr
Belleville, WI 53508

Jason R. Wahl
N. 6690 Studer Lane
Monticello, WI 53570

Jay D. Dailey
401 E. Coates Ave Lot 11
Monticello, WI 53570

John Rindy
100 School St
Blanchardville, WI  53516

Laidlaw Company, LLC
8767 East Via De Ventura, Suite 300
Scottsdale, AZ  85258

Lyle S. Bartels
N. 1921 Hwy 69
Monroe, WI  53566

Mark D. Risley
W. 3874 Krueger Rd
Monticello, WI  53570

Mark R. Reasa
232 E. Wisconsin Ave
Monticello, WI  53570

Robert D. Wyre
7616 N. US 45
Belknap, IL  62908

Robert G. Haberman
66 W 21st Lot 35
Monroe, WI  53566

Roger L. Gempeler
419 South Main St
Monticello, WI  53570

Ronald Kubly
W. 6718 County B
Monroe, WI  53566

Ronald Morris
184 Lampkins Rd
Hickory, KY  42051

Roy L. Buttrum
3888 Jonesboro
Metropolis, IL  62960

Ryan E. Weisenberg
337 Garfield St Apt 205
Monticello, WI  53570

Timothy A. Light
210 E. 8th St
Metropolis, IL  62960

Todd Brugger
N. 6183 Cty Hwy F
Monticello, WI  53570

Tom Grossen

Tom H. Marty
513 6th St. PO Box 775
New Glaris, WI  53574

Tom Nelson
W. 6062 Hefty Rd
Monticello, WI  53570

Travis R. Elder
7936 Cnty M Rd Lot 7
Browntown, WI  53522

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shanti Industries, Inc.** _____  Case No. **8:10-bk-10035-TA**
_____Debtor(s)_____  _____(If known)_____

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___11___ continuation sheets attached

IN RE **Shanti Industries, Inc.**    Case No. **8:10-bk-10035-TA**
                    Debtor(s)                                (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Aaron S. Armacher <br> N. 1501 Honey Creek Rd <br> Monroe, WI 53566 | | | | | | | 66.95 | 66.95 | |
| ACCOUNT NO. <br> Amy Loeffel <br> 203 E. Wisconsin Ave #4 <br> Monticello, WI 53570 | | | | | | | 280.98 | 280.98 | |
| ACCOUNT NO. <br> Andy Marty <br> 413 6th Ave #107 <br> New Glaris, WI 53574 | | | | | | | 18.71 | 18.71 | |
| ACCOUNT NO. <br> Ashley M. Walters <br> 1310 20th St <br> Brodhead, WI 53520 | | | | | | | 144.10 | 144.10 | |
| ACCOUNT NO. <br> Brent Stauffer <br> 121 E. Wisconsin Ave PO Box 302 <br> Monticello, WI 53570 | | | | | | | 248.42 | 248.42 | |
| ACCOUNT NO. <br> Bruce Yaun <br> 123 S. Garfield St <br> Monticello, WI 53570 | | | | | | | 371.12 | 371.12 | |

Sheet no. **1** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims    Subtotal (Totals of this page)  $ **1,130.28**  $ **1,130.28**  $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

B6E (Official Form 6E) (12/07) - Cont.
Case 8:10-bk-10035-TA    Doc 41    Filed 05/28/10    Entered 05/28/10 16:31:13    Desc
Main Document    Page 6 of 15

IN RE Shanti Industries, Inc.
Debtor(s)
Case No. 8:10-bk-10035-TA
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bryon W. Green 628 Terrace Ct Monticello, WI 53570 | | | | | | | 66.46 | 66.46 | |
| ACCOUNT NO. Carolyn M. Pederson 501 14th Ave #41 New Glaris, WI 53574 | | | | | | | 272.79 | 272.79 | |
| ACCOUNT NO. Chad Green 2221 1st Street #301 Monroe, WI 53566 | | | | | | | 244.01 | 244.01 | |
| ACCOUNT NO. Cody Carroll W. 5165 Edelweiss Rd New Glaris, WI 53574 | | | | | | | 16.63 | 16.63 | |
| ACCOUNT NO. Curtis D. Berget 1016 10th St Monroe, WI 53566 | | | | | | | 262.00 | 262.00 | |
| ACCOUNT NO. Darmesh Patel 6 Via Jaquima Rancho Santa Margarita, CA 92688 | | | | | | | 10,000.00 | 10,000.00 | |

Sheet no. 2 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 10,861.89 | $ 10,861.89 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

B6E (Official Form 6E) (12/07) - Cont.
Case 8:10-bk-10035-TA  Doc 41  Filed 05/28/10  Entered 05/28/10 16:31:13  Desc
Main Document  Page 7 of 15

IN RE Shanti Industries, Inc.  
_____  
Debtor(s)

Case No. 8:10-bk-10035-TA  
_____  
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David A. Lushinger<br>W. 3775 Gilbertson Rd<br>Monticello, WI 53570 | | | | | | | 441.45 | 441.45 | |
| ACCOUNT NO.<br>Donald Morris<br>68 Lampkins Rd<br>Hickory, KY 42051 | | | | | | | 2,358.00 | 2,358.00 | |
| ACCOUNT NO.<br>Donnie L. Williamson<br>2477 Henderson Rd<br>Brookers, IL 62910 | | | | | | | 1,509.78 | 1,509.78 | |
| ACCOUNT NO.<br>Duane A. Hustad<br>1218 3rd St PO Box 1002<br>New Glaris, WI 53574 | | | | | | | 579.43 | 579.43 | |
| ACCOUNT NO.<br>Dwight Warfield<br>186 Belgrade Rd<br>Metropolis, IL 62960 | | | | | | | 1,572.00 | 1,572.00 | |
| ACCOUNT NO.<br>Eric Anderson<br>1408 Willow Way<br>Monroe, WI 53566 | | | | | | | 221.60 | 221.60 | |

Sheet no. 3 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims  
Subtotal (Totals of this page) $ 6,682.26  $ 6,682.26  $

Total  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $

B6E (Official Form 6E) (12/07) - Cont.
Case 8:10-bk-10035-TA    Doc 41    Filed 05/28/10    Entered 05/28/10 16:31:13    Desc
Main Document    Page 8 of 15

IN RE Shanti Industries, Inc.
_____
Debtor(s)

Case No. 8:10-bk-10035-TA
_____
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Floyd Helton <br> 56 Bulloch LA <br> Metropolis, IL 62960 | | | | | | | 1,572.00 | 1,572.00 | |
| ACCOUNT NO. <br> Gary T. Metz <br> 518 5th Ave Upper Apt <br> New Glaris, WI 53574 | | | | | | | 209.60 | 209.60 | |
| ACCOUNT NO. <br> Gene Aebly <br> PO Box 673 <br> Monticello, WI 53570 | | | | | | | 312.85 | 312.85 | |
| ACCOUNT NO. <br> Heath Siegenthaler <br> 115 S. Madison St <br> Monticello, WI 53570 | | | | | | | 74.08 | 74.08 | |
| ACCOUNT NO. <br> Hector Gomez <br> 235 Blaser Dr <br> Belleville, WI 53508 | | | | | | | 196.50 | 196.50 | |
| ACCOUNT NO. <br> Jason R. Wahl <br> N. 6690 Studer Lane <br> Monticello, WI 53570 | | | | | | | 216.15 | 216.15 | |

Sheet no. __4__ of __11__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 2,581.18 | $ 2,581.18 | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Shanti Industries, Inc._____    Case No. 8:10-bk-10035-TA
                    Debtor(s)                                        (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jay D. Dailey<br>401 E. Coates Ave Lot 11<br>Monticello, WI 53570 | | | | | | | 92.89 | 92.89 | |
| ACCOUNT NO.<br>Jeff Blum<br>615 16th Ave<br>Monroe, WI 53566 | | | | | | | 197.65 | 197.65 | |
| ACCOUNT NO.<br>Jeff Bosen<br>42374 Camino Merano<br>Temecula, CA 92592 | | | | | | | 10,000.00 | 10,000.00 | |
| ACCOUNT NO.<br>Jeff Yaun<br>501 E. Lake Ave. PO Box 644<br>Monticello, WI 53570 | | | | | | | 552.80 | 552.80 | |
| ACCOUNT NO.<br>John Rindy<br>100 School St<br>Blanchardville, WI 53516 | | | | | | | 184.70 | 184.70 | |
| ACCOUNT NO.<br>Kyle Flesher<br>125 E. Lake Ave<br>Monticello, WI 53570 | | | | | | | 16.62 | 16.62 | |

Sheet no. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ 11,044.66   $ 11,044.66   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Shanti Industries, Inc. _____ Case No. **8:10-bk-10035-TA**
                              Debtor(s)                                                 (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lucas Mayberry<br>507 E. Loates<br>Monticello, WI 53570 | | | | | | | 7.90 | 7.90 | |
| ACCOUNT NO.<br>Lyle S. Bartels<br>N. 1921 Hwy 69<br>Monroe, WI 53566 | | | | | | | 45.85 | 45.85 | |
| ACCOUNT NO.<br>Mahesh Patel<br>6 Via Jaquima<br>Rancho Santa Margarita, CA 92688 | | | | | | | 10,000.00 | 10,000.00 | |
| ACCOUNT NO.<br>Mark D. Risley<br>W. 3874 Krueger Rd<br>Monticello, WI 53570 | | | | | | | 560.99 | 560.99 | |
| ACCOUNT NO.<br>Mark R. Reasa<br>232 E. Wisconsin Ave<br>Monticello, WI 53570 | | | | | | | 209.60 | 209.60 | |
| ACCOUNT NO.<br>Matt Lang<br>508 1st Center Ave<br>Brodhead, WI 53520 | | | | | | | 15.80 | 15.80 | |

Sheet no. **6** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims      Subtotal (Totals of this page)    $ **10,840.14**   $ **10,840.14**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shanti Industries, Inc.**                  Case No. **8:10-bk-10035-TA**
Debtor(s)                                                                  (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Randy Lincicum<br>W. 2913 Main St Apt 4<br>Tuda, WI 53550 | | | | | | | 15.79 | 15.79 | |
| ACCOUNT NO.<br>Richard Heimann<br>516 S. Monroe St<br>Monticello, WI 53570 | | | | | | | 539.70 | 539.70 | |
| ACCOUNT NO.<br>Robert D. Wyre<br>7616 N. US 45<br>Belknap, IL 62908 | | | | | | | 1,834.00 | 1,834.00 | |
| ACCOUNT NO.<br>Robert G. Haberman<br>66 W 21st Lot 35<br>Monroe, WI 53566 | | | | | | | 153.93 | 153.93 | |
| ACCOUNT NO.<br>Roger L. Gempeler<br>419 South Main St<br>Monticello, WI 53570 | | | | | | | 276.40 | 276.40 | |
| ACCOUNT NO.<br>Ronald Kubly<br>W. 6718 County B<br>Monroe, WI 53566 | | | | | | | 508.59 | 508.59 | |

Sheet no. **7** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims     Subtotal (Totals of this page)     $ **3,328.41**    $ **3,328.41**    $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

IN RE Shanti Industries, Inc.                                      Case No. 8:10-bk-10035-TA
_____
                           Debtor(s)                                          (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Ronald Morris <br> 184 Lampkins Rd <br> Hickory, KY 42051 | | | | | | | 2,358.00 | 2,358.00 | |
| ACCOUNT NO. <br> Roshan Patel <br> 6 Via Jaquima <br> Rancho Santa Margarita, CA 92688 | | | | | | | 10,000.00 | 10,000.00 | |
| ACCOUNT NO. <br> Roy L. Buttrum <br> 3888 Jonesboro <br> Metropolis, IL 62960 | | | | | | | 1,572.00 | 1,572.00 | |
| ACCOUNT NO. <br> Ryan E. Weisenberg <br> 337 Garfield St Apt 205 <br> Monticello, WI 53570 | | | | | | | 82.62 | 82.62 | |
| ACCOUNT NO. <br> Shari Guth <br> 2015 8th St <br> Monroe, WI 53566 | | | | | | | 564.13 | 564.13 | |
| ACCOUNT NO. <br> Shawn Johnson <br> 232 S. Pierce St Apt 1 <br> Monticello, WI 53570 | | | | | | | 15.79 | 15.79 | |

Sheet no. __8__ of __11__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Unsecured Priority Claims              (Totals of this page)  $ 14,592.54 | $ 14,592.54 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)              $            | $

B6E (Official Form 6E) (12/07) - Cont.
Case 8:10-bk-10035-TA    Doc 41    Filed 05/28/10    Entered 05/28/10 16:31:13    Desc
Main Document    Page 13 of 15

IN RE Shanti Industries, Inc.
_____
Debtor(s)

Case No. 8:10-bk-10035-TA
_____
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Surajben Patel <br> 6 Via Jaquima <br> Rancho Santa Margarita, CA 92688 | | | | | | | 10,000.00 | 10,000.00 | |
| ACCOUNT NO. <br> Timothy A. Light <br> 210 E. 8th St <br> Metropolis, IL 62960 | | | | | | | 1,572.00 | 1,572.00 | |
| ACCOUNT NO. <br> Todd Brugger <br> N. 6183 Cty Hwy F <br> Monticello, WI 53570 | | | | | | | 284.25 | 284.25 | |
| ACCOUNT NO. <br> Tom Grossen | | | | | | | 448.68 | 448.68 | |
| ACCOUNT NO. <br> Tom H. Marty <br> 513 6th St. PO Box 775 <br> New Glaris, WI 53574 | | | | | | | 552.80 | 552.80 | |
| ACCOUNT NO. <br> Tom Nelson <br> W. 6062 Hefty Rd <br> Monticello, WI 53570 | | | | | | | 109.71 | 109.71 | |

Sheet no. 9 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 12,967.44  $ 12,967.44  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

IN RE **Shanti Industries, Inc.**        Case No. **8:10-bk-10035-TA**
             Debtor(s)                                              (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Travis R. Elder<br>7936 Cnty M Rd Lot 7<br>Browntown, WI 53522 | | | | | | | 52.40 | 52.40 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **10** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

       Subtotal (Totals of this page)   $ **52.40**   $ **52.40**   $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shanti Industries, Inc.**            Case No. **8:10-bk-10035-TA**
Debtor(s)      (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>California EDD<br>PO Box 826286<br>Sacramento, CA 94230-6286 | | | | | | | 75,000.00 | 75,000.00 | |
| ACCOUNT NO.<br>Kentucky Division Of Employment<br>PO Box 948<br>Frankfort, KY 40602 | | | | | | | 21,000.00 | 21,000.00 | |
| ACCOUNT NO.<br>Wisconsin Dept. Of Revenue<br>PO Box 1186<br>Beloit, WI 53512-1186 | | | | | | | 15,000.00 | 15,000.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **11** of **11** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 111,000.00 | $ 111,000.00 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 185,081.20 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 185,081.20 | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only